## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :      Hon. Freda L. Wolfson
                                 Crim. No. 09-614 (FLW)

       v.                  :

                             CONTINUANCE ORDER

KAREEM THOMAS              :

       This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Christine I. Magdo, Assistant U.S. Attorney), and defendants Kareem Thomas (by Andrea Bergman, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to a continuance, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

       2.  Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___14th___ day of September, 2009,

IT IS ORDERED that all pretrial motions shall be filed by November 27, 2009, opposition to the motions shall by filed by December 11, 2009, the argument of the motions is scheduled for December 24, 2009, and the trial is scheduled for December 28, 2009; and

IT IS FURTHER ORDERED that the period from October 26, 2009, through December 28, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. FREDA L. WOLFSON
United States District Judge

Form and entry
consented to:

_____
CHRISTINE MAGDO
Assistant U.S. Attorney


_____
ANDREA BERGMAN
Assistant Federal Public Defender

*for Kareem Thomas*